**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**LAKHBIR SINGH**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number:** **8:26-PO-127 (MJK)**

**USM Number: 06583-513**

Nicolas Hurtado Cortes, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX Guilty as to the Complaint on November 13th, 2026.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Entry Without Inspection, in violation of Title 8 United States Code, Section 1325(a)(1).

**DATE OFFENSE CONCLUDED:** November 8th, 2026

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is sentenced to a term of imprisonment of time served. No fine is imposed. Special assessment is ordered remitted as uncollectible.

November 13th, 2026
Date of Imposition of Sentence

November 13th, 2026
Date Signed

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.11.13 12:55:03 -05'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge